UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas MCCOY, on behalf of himself and all other similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>                        Defendant. | Case No.: 15-cv-02366-DMS-AGS<br><br>**ORDER PROVISIONALLY GRANTING MOTIONS TO SEAL (ECF Nos. 80, 86, 93, 95, and 97)** |

      Plaintiffs and defendant filed several motions to seal briefing related to plaintiffs' motion for sanctions (ECF No. 81) and defendant's motion to continue discovery (ECF No. 82). Both parties seek to seal their motions in their entirety, including exhibits, solely on the basis that defendant marked the information as "confidential" during discovery. This Court previously made clear that this is an insufficient particularized showing for establishing good cause to seal an exhibit, let alone an entire discovery motion. (*See* ECF No. 32 (citing *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[A] particularized showing under the 'good cause' standard of Rule 26(c) will 'suffice[] to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.'" (citation omitted))).

      Because defendant designated the information confidential, defendant may file a brief by December 8, 2017, not to exceed five pages, explaining with specificity what, if any, good cause exists to seal the motions and attached exhibits. In the absence of such a showing, the Court intends to direct the Clerk to place the documents on the docket without restriction.

Dated: November 29, 2017

                                                     Hon. Andrew G. Schopler
                                                     United States Magistrate Judge